# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON EARL JONES, et al., | CASE NO. 1:11-cv-02104-AWI-DLB PC |
| Plaintiff, | ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE |
| v. | |
| STATE OF CALIFORNIA, et al., | ECF No. 11 |
| Defendants. | |

Jason Earl Jones ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation, proceeding pro se. Plaintiff filed a civil rights complaint on December 21, 2011. ECF No. 1. On October 11, 2012, the Court revoked Plaintiff's in forma pauperis status, and ordered Plaintiff to submit the $350.00 filing fee in full within twenty-one days. ECF No. 11. The Court warned Plaintiff that failure to timely pay the filing fee in full will result in dismissal of this action. As of the date of this order, Plaintiff has not paid the filing fee.

Accordingly, it is HEREBY ORDERED that this action is DISMISSED without prejudice for Plaintiff's failure to pay the filing fee. The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated:   November 20, 2012

UNITED STATES DISTRICT JUDGE

1